# Exhibit A





| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |
|---|---|---|---|---|---|
| Seller 98.9% positive | **Almost gone** | Seller 99% positive | Seller 99% positive | Seller 99.3% positive | Seller 99.2% positive |

**Description**   Shipping and payments                                                                                 Report item

eBay item number: **184602068706**

Seller assumes all responsibility for this listing.

Last updated on  Dec 30, 2020 10:13:53 PST  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Material: | Stainless Steel |
| Manufacturer Part Number: | bmw-bfr-silver-bmw2logo | Theme: | Aftermarket Parts |
| Placement on Vehicle: | Front, Rear | Type: | License Plate Frame |
| Brand: | Unbranded | Color: | Black |
| UPC: | Does not apply | | |

- 1x High quality brand new Black powder Coated stainless steel license plate frame
- High Quality Style Vinyl
- Durable and Weather Proof - Rust Resistance
- Screw Caps Included
- Fit all USA and Canada plate, fit all year, all model, any vehicle brand
- Please make sure the registration sticker will not be cover prior purchase.

Back to search results                                                                                                                     Return to top

**More to explore :**   Stainless Steel Black License Plate Frames License Plate Frames,   BMW Stainless Steel License Plate Frames License Plate Frames,
Stainless Steel License Plate Frames,   Stainless Steel Black License Plate Screw Cap (s)s License Plate Frames,
BMW Stainless Steel Black Car & Truck License Plate Frames,   Stainless Steel License Plate Screw Cap (s)s License Plate Frames,
Stainless Steel Black Car & Truck License Plate Frames,   Stainless Steel Silver License Plate Frames License Plate Frames,
Stainless Steel Gold License Plate Frames License Plate Frames,   BMW Stainless Steel Car & Truck License Plate Frames

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2021 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice



Feedback

Norton SECURED